# EXHIBIT 31

**LaborQuest USA - CDC**
156 Lake Street
Rouses Point, NY 12979

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/22/2010  7/22/11 | 1598 |

Handwritten: 3070  85390  PC Ck# 24563

**BILL TO:**
GLK Foods
400 Clark Street
Bear Creek, WI 54922

| DESCRIPTION | AMOUNT |
|---|---|
| H2B Application Fee Balance | $ 3,200.00 |
| Advertisement Placed/Paid by LaborQuest | $ 237.60 |
| - Advertising Credit/Prepaid by Employer | (-500.00) |
| H2B Worker Processing ($130 x 135 workers) | $ 17,550.00 |
| Consulate MRV Appointment Fee ($150 x 135 workers) | $ 20,250.00 |
| US Transportation (Handled by FLECTS or Other) | $ NA |
| Direct Reimbursements Per Worker by Great Lakes<br>• I-94 $6<br>• Per Diem $10/day (2-3 days?)<br>• Mexico – in Country Bus Ticket/Paperwork.($20-40) | $ NA |
| As always, We appreciate your Business! Any questions please call Tom Robinson, 800.816.6041  **TOTAL** | $ 40,737.60 |

GLK001422