# EXHIBIT 65

**Florida East Coast Travel Services**
PO Box 5245
Hialeah Lakes FL  33014-1245

| Invoice | INV014705 |
|---|---|
| Date | 9/26/2011 |
| Page | 1 |

**Bill To:**
GLK Food
400 Clark Street
Bear Creek WI  54922

**Ship To:**
GLK Food
400 Clark Street
Bear Creek WI  54922

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
|  | GREATLAKESKRA |  |  |  | 9/28/2011 | 15,665 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 37 | Bus fare GLK Foods- Appleton WI to Laredo, TX | $160.00 | $5,920.00 |

| | |
|---|---|
| Subtotal | $5,920.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Payment Received | $0.00 |
| Total | $5,920.00 |

FL0054