# EXHIBIT 70

*Betty Miller — Great Lakes Kraut Co.*

# Tom Robinson

**Subject:** FW: H2B for 2010

*I sent every[thing]*

If we could find out the prevailing wage in early Jan. that would be soon enough. We do understand that any changes are our responsibility. I will put you on my calendar for the first week of Jan and the first week of Feb. 2010. I am looking forward to working with you.

Betty

**From:** Tom Robinson [mailto:tom@laborquest.com]
**Sent:** Monday, November 02, 2009 3:20 PM
**To:** 'betty miller'
**Subject:** RE: H2B for 2010

Hi Betty,

Great. Early February would give us six (6) months to get everything together. Yes we could find out the prevailing wage before hand for you. When would you like to know what it is? Please keep in mind that if it is changed at anytime during the process (or when the workers are in your employ) that you are required to adjust their wages accordingly.


**From:** betty miller [mailto:bamiller@greatlakeskraut.com]
**Sent:** Monday, November 02, 2009 3:15 PM
**To:** tom@laborquest.com
**Subject:** H2B for 2010

Tom,

We are very sincere about using your firm to manage our H2B program for 2010. If we request workers mid to late August, when would you like to begin the process? Would it be possible to find out the prevailing wage before we begin?

Thanks
Betty

*Packer 90/88*
*7.75*
*Not Octr*

*Oshko Appleton*
*929-684-010*

1

LQ0071