## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

JOSE ENRIQUEZ RAMIREZ et al.,

     v.                             Case No. 12-cv-210

GLK FOODS, LLC and RYAN A. DOWNS,

        Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR SUMMARY JUDGMENT

Defendants move this Court for an order, modifying the remaining briefing schedule in this matter on the parties' respective motions for summary judgment as follows:

    Response Briefs due by May 5, 2015; and

    Reply Briefs due by June 5, 2015.

Plaintiffs' counsel does not object to this motion.

WHEREFORE, Defendants request the Court modify the briefing schedule as above-noted.

Dated: March 31, 2015.

    Michael Aldana
    State Bar No. 1020233
    Sean M. Scullen
    State Bar No. 1034221

    <u>s/Michael Aldana</u>
    QUARLES & BRADY LLP
    411 East Wisconsin Avenue
    Suite 2350
    Milwaukee, WI 53202-4426
    (414) 277-5000
    Attorneys for Defendants

Direct inquires to:
Michael Aldana
(414) 277-5151
michael.aldana@quarles.com