# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

JOSE ENRIQUEZ RAMIREZ et al.,

      v.                                          Case No. 12-cv-210

GLK FOODS, LLC and RYAN A. DOWNS,

        Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR SUMMARY JUDGMENT

        Defendants move this Court for an order, modifying the briefing schedule in this matter on the parties' respective motions for summary judgment as follows:

- Response Briefs due by May 15, 2015.

The time for reply briefs would remain as previously ordered.

Plaintiffs' counsel does not object to this motion.

        WHEREFORE, Defendants request the Court modify the briefing schedule as above-noted.

Dated: April 28, 2015.

    Michael Aldana
    State Bar No. 1020233
    Sean M. Scullen
    State Bar No. 1034221

    <u>s/Michael Aldana</u>
    QUARLES & BRADY LLP
    411 East Wisconsin Avenue
    Suite 2350
    Milwaukee, WI 53202-4426
    (414) 277-5000
    Attorneys for Defendants

Direct inquires to:
Michael Aldana
(414) 277-5151
michael.aldana@quarles.com