# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| JOSE ENRIQUEZ RAMIREZ, et al., | ) |
| Plaintiffs, | ) ) ) Civil Action No. 12 cv 210 |
| v. | ) ) Judge Griesbach |
| GLK FOODS, LLC and RYAN A. DOWNS, | ) ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL

Claudia Flores hereby requests to withdraw her appearance as counsel for plaintiffs in this litigation. In support thereof, counsel states the following:

1. Plaintiffs are migrant agricultural workers seeking unpaid wages and other relief pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA"), the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §§ 1801-1871, and Wisconsin statutory and common law.

2. Plaintiffs are represented by attorneys from the firm of Hughes Socol Piers Resnick & Dym ("HSPRD") and Farmworker Justice.

3. Claudia Flores, one of the attorneys from HSPRD with an appearance in the case, intends to leave HSPRD. She has accepted a position with the University of Chicago Law School. Plaintiffs will continue to be represented by other members of HSPRD and Farmworker Justice.

Accordingly, Claudia Flores requests that her appearance as counsel for Plaintiffs be withdrawn.

Dated: June 4, 2015                        Respectfully submitted,

                                                                s/ Claudia Flores
                                                                 One of Plaintiffs' Attorneys

| | |
|---|---|
| Matthew J. Piers | Ali Beydoun |
| Joshua Karsh | Attorney for Plaintiffs |
| José J. Behar | Farmworker Justice |
| Claudia Flores | 1126 16th Street, N.W., Suite 270 |
| Attorneys for Plaintiffs | Washington, D.C. 20036 |
| Hughes Socol Piers Resnick & Dym, Ltd. | (202) 293-5420 ext. 308 |
| 70 W. Madison Street, Suite 4000 | E-mail: abeydoun@farmworkerjustice.org |
| Chicago, IL 60602 | |
| Telephone: (312) 580-0100 | |
| Fax: (312) 580-1994 | |
| E-mail: mpiers@hsplegal.com | |
|        jkarsh@hsplegal.com | |
|        jbehar@hsplegal.com | |

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing document will be served on counsel listed below by CM/ECF on June 4, 2015.

Michael Aldana, Esq.
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI 53202
Michael.aldana@quarles.com

                s/ Claudia Flores
                One of Plaintiffs' Attorneys