IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOSE ENRIQUEZ RAMIREZ et al.,

v.  Case No. 12-cv-210

GLK FOODS, LLC and RYAN A. DOWNS,

Defendants.

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendants GLK Foods, LLC and Ryan Downs ("Defendants"), appeal to the United States Court of Appeals for the Seventh Circuit the Eastern District of Wisconsin's: (1) Consolidated Decision and Order on Motions for Partial Summary Judgment issued on May 23, 2016 (Dkt. #84); (2) Decision and Order on Fixed and Statutory Damages issued on March 17, 2017 (Dkt. #110); and (3) Judgment In A Civil Case entered on September 29, 2017 (Dkt. #125), for the above decisions, awarding Plaintiffs $206.627.68, plus prejudgment interest in the amount of $54,453.52 for a total judgment of $261,081.20.

Dated: October 27, 2017

    MICHAEL ALDANA
    State Bar No. 1020233
    STEVEN KRUZEL
    State Bar No. 1086539

    s/Steven Kruzel
    QUARLES & BRADY LLP
    411 East Wisconsin Avenue, Suite 2400
    Milwaukee, WI 53202-4426
    Phone: (414) 277-5000
    Facsimile: (414)271-3552
    Email: steven.kruzel@quarles.com
    Attorneys for Defendants