# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

STEPHEN C. DRIES
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
www.wied.uscourts.gov

October 30, 2017

Steven M Kruzel
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2350
Milwaukee, WI 53202-4426

Re: **Ramirez et al. vs. GLK Foods LLC et al.**
**USDC Case No.: 12-CV-210**

Dear Mr. Kruzel,:

Your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on October 27, 2017. If a transcript is necessary, please complete the Transcript Request Form and the Seventh Circuit Transcript Information Sheet available on the Court's website at www.wied.uscourts.gov under the Forms tab.

The appeal record will consist of the documents referenced in Circuit Rule 10, as well as substantive motions, briefs, memoranda and supporting documents. If you would like to designate any other documents that are not usually made part of the appeal record, please do so, in writing, within 14 days from the date of filing of notice of appeal. Any designations made after the 14-day period or requests to enlarge the record must be made by filing a motion with the District Court judge. At the time the record is forwarded to the Court of Appeals, a copy of the transmittal letter with a copy of the docket sheet containing the index will be sent to you and to opposing counsel.

Counsel should review the docket sheet to assist in their responsibility for ensuring that the record is complete before transmittal to the Court of Appeals. If a docketing statement, as required by Circuit Rule 3(c), was not filed with the notice of appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit.

Very truly yours,
STEPHEN C. DRIES
Clerk of Court

s/ Lori Hanson
Deputy Clerk, Appeals